WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria E Sanchez,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-20-00348-TUC-DCB (JR)<br><br>**ORDER** |

This matter is before the Court on the parties' joint stipulation for remand. Pursuant to the parties' stipulation, this matter is remanded for further administrative action under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will instruct an administrative law judge (ALJ) to offer Plaintiff the opportunity for an administrative hearing; take any further action needed to complete the administrative record; and render a new decision with respect to Plaintiff's June 12, 2017 disability insurance benefits (DIB) and supplemental security income (SSI) applications.

**Accordingly,**

**IT IS ORDERED** that pursuant to the Stipulation (Doc. 20), the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 19th day of February, 2021.

_____
Honorable David C. Bury
United States District Judge