**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria E Sanchez, | No. CV-20-00348-TUC-DCB (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff, Maria E. Sanchez, and Defendant, Andrew M. Saul, Commissioner of Social Security, have jointly stipulated that the Court award Plaintiff $1,101.23 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED,** pursuant to joint Stipulation (Doc. 23) the Defendant shall pay Plaintiff $1,101.23 in EAJA fees under 28 U.S.C. § 2412(d).

**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Defendant determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney, Meghan McNamara Miller. However, if

/////

/////

/////

1  there is a debt owed that is subject to offset under the Treasury Offset Program, the
2  remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered
3  to Plaintiff's attorney Meghan McNamara Miller.
4       Dated this 26th day of May, 2021.

_____
Honorable David C. Bury
United States District Judge

- 2 -